■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD MCMAHON, Appellant. [57 NYS3d 897]—Appeal by the defendant from an amended judgment of the County Court, Suffolk County (Cohen, J.), rendered May 12, 2016, revoking a sentence of probation previously imposed by the same court (Ambro, J.), upon a finding that he violated conditions thereof, upon his admission, and imposing a sentence of imprisonment

upon his previous conviction of attempted burglary in the second degree.

Ordered that the amended judgment is affirmed.

The defendant's waiver of his right to appeal, the validity of which he does not challenge on appeal, precludes appellate review of his contention that the County Court erred in denying his pre-plea recusal motion (*see People v Weston*, 145 AD3d 746, 747 [2016]; *People v Smith*, 138 AD3d 1415, 1416 [2016]; *People v Mahipat*, 49 AD3d 1243, 1244 [2008]; *People v Anderson*, 304 AD2d 975, 976 [2003]). Chambers, J.P., Miller, Hinds-Radix and LaSalle, JJ., concur.